UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ANTHONY ROBERTSON,

            Plaintiff,

      v.

SAN FRANCISCO COUNTY SHERIFFS DEPARTMENT, et al.,

           Defendants.

Case No. 19-cv-07509-SI

**JUDGMENT**

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 17, 2020

SUSAN ILLSTON
United States District Judge